## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: January 16, 2026

JUAN ANTONIO SAUCEDA CASTANEDA, )
                                      )

       Petitioner,                   )

                                        )

v.                                         )       Case No. CIV-25-01530-JD

                                        )

KRISTI NOEM, ET AL.,           )

                                        )

       Respondents.             )

**ENTER ORDER:**

       The undersigned district judge's husband is on military orders and detailed as a temporary immigration judge for an anticipated six-month period (anticipated until the end of March 2026). Judge Dishman has reviewed the above-captioned matter and does not see a conflict or view her husband's military orders and temporary detail as a reason to recuse in this matter. However, she is giving the Petitioner through his counsel **7 days, or until January 23, 2026**, to contact the Clerk of Court, Joan Kane, to request her recusal and for a reassignment to another district judge, by either telephone at 405-609-5050 or e-mail at Joan_Kane@okwd.uscourts.gov.

       Should counsel for the Petitioner request additional information, counsel should contact the undersigned district judge's chambers at 405-609-5520 before the deadline of January 23, 2026, for additional information.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                          JOAN KANE, CLERK

                          By:    /s/Carol Ditta
                                     Deputy Clerk